# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** MAR 13 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SIMON GARCIA-DELGADILLO (2), <br><br> Defendant. | CASE NO. 12CR479-L <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Information:

8USC1324(a)(1)(A)(iv) AND (v)(II) - INDUCING AND ENCOURAGING

ILLEGAL ALIENS TO ENTER THE UNITED STATES AND AIDING AND ABETTING

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 13, 2012

HON. KAREN S. CRAWFORD
U.S. Magistrate Judge